Louis V. Spiker, ISB No. 8281
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
lvs.eserve@johnsonmaylaw.com

*Attorney for Defendants, Desmond T. Ademiluyi and Adeyinka O. Odelana*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOVEVERY, INC., | Case No. 1:23-cv-00240-BLW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| DESMOND T. ADEMILUYI D/B/A PLAYGENIUS.COM, ADEYINKA O. ODELANA, MAYOWA O. OYEDIRAN, MB AGENCY D/B/A OMYTEQ, AND JANE DOE 1, WHOSE TRUE NAME IS UNKNOWN, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Louis V. Spiker, of JOHNSON MAY, enters this appearance as counsel of record for Defendant Adeyinka O. Odelana.

The undersigned respectfully requests that his name, mailing address and email address (lvs.eserve@johnsonmaylaw.com) be added to the appropriate mailing list maintained by the Clerk's office and that he receives notice of any and all proceedings hereinafter held with respect to this matter.

DATED this 8th day of June 2023.

JOHNSON MAY

*/s/ Louis V. Spiker*
Louis V. Spiker
*Attorney for Defendants, Desmond T. Ademiluyi and Adeyinka O. Odelana*