UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOVEVERY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>DESMOND T. ADEMILUYI D/B/A PLAYGENIUS.COM, ADEYINKA O. ODELANA, MAYOWA O. OYEDIRAN, MB AGENCY D/B/A OMYTEQ, AND JANE DOE 1, WHOSE TRUE NAME IS UNKNOWN;<br><br>  Defendants. | Case No. 1:23-cv-240-BLW<br><br>**JUDGMENT** |

Plaintiff, Lovevery, Inc., Defendant Desmond T. Ademiluyi d/b/a playgenius.com, and Defendant Adeyinka O. Odelana, pursuant to the Parties' settlement agreement (Dkt. 26), agree that the Court should sign and cause to be entered this Judgment in favor of Plaintiff and against Defendants Ademiluyi and Odelana.

WHEREAS Defendant Ademiluyi concedes that he breached his Confidential Information and Invention Assignment Agreement with Lovevery,

JUDGMENT - 1

violated his duty of loyalty to Lovevery, and violated the non-compete provisions of his CIIAA by developing and operating playgenius.com and related accounts;

WHEREAS Defendant Ademiluyi concedes that he posted computer code publicly on his GitHub website that was identical to code that he developed for Lovevery as part of his job functions;

WHEREAS Defendant Ademiluyi concedes that he advertised products on the playgenius.com website that infringed at least Lovevery's MAGIC TISSUE BOX trademark;

WHEREAS Defendant Ademiluyi concedes that he advertised products on the playgenius.com website that infringed at least one Lovevery patent;

WHEREAS Defendant Ademiluyi concedes that he communicated with the Chinese company Tooky Toys with the intent to purchase products that infringed Lovevery's patent and trademark; and

WHEREAS Defendant Odelana concedes to having been involved with Defendant Ademiluyi in operating and/or testing the playgenius.com website.

IT IS, THEREFORE, ADJUDGED AND DECREED that:

1. Within 30 days of the date of this order, Defendant Ademiluyi and Defendant Odelana shall sign over ownership to Lovevery, and shall cooperate in any and all reasonable measures to effectuate the signing over of all ownership rights in, (1) the website domain

("PlayGenius.com"); and (2) all "PlayGenius" related accounts, whether disclosed or otherwise, including any social media accounts, including:

- PlayGenius.gp@gmail.com;
- https://www.facebook.com/PlayGeniusKids;
- https://www.instagram.com/playgeniuskids/; and
- https://www.youtube.com/@PlayGeniusdotcom

2. Within three days of this order, Defendant Ademiluyi and Defendant Odelana shall provide a listing of all known "PlayGenius" related accounts, including the associated password and/or logon information for each.

3. Within 7 days of this order, Defendants Ademiluyi and Odelana shall purge and delete all Lovevery related content from the https://github.com/desmondtoyus Github account, and any other websites or storage locations under his or her control. Defendants Ademiluyi and Odelana shall provide written confirmation to Lovevery's counsel within 8 days of this order that all Lovevery related content has been deleted.

4. For a period of three years from the date of this order, Defendant Ademiluyi and Defendant Odelana shall not directly or indirectly design, develop, market, or sell any children's physical toys or

products or provide any childhood developmental offerings (digital or otherwise) for use by parents. Defendant Ademilyi and Defendant Odelana, may, however, develop Montessori style electronic games directed solely at children, provided that they do not use, directly or indirectly, any confidential and/or proprietary information belonging to Lovevery in doing so.

5. Within 7 days of this order, Defendant Ademiluyi and Defendant Odelana shall turn over to Lovevery's counsel all communications with, and products purchased from, Tooky Toys.

6. Lovevery's bond is hereby refunded in full.

7. This is a final judgment. The Clerk of the Court is directed to close this case.



DATED: July 13, 2023

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 4